UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| SNOWMAGIC, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:25-CV-3142 |
| SWMO ENCHANT, LLC, | ) ) ) |
| And | ) ) |
| SWMO BASEBALL PROPERTIES, LLC, | ) ) ) |
| Defendants. | ) |

## AMENDED DESIGNATION OF NEUTRAL

In accordance with the Notice of Inclusion, MAP General Order, and any applicable guidelines, the parties file their Designation of Neutral as follows:

NEUTRAL'S NAME: Mike Patton, Turner, Reid, Duncan, Loomer, & Patton, P.C.

____X____ Not on List (the MAP Director approved Mr. Patton as the neutral on August 28, 2025)

(This should be marked with an "X" only if the person is not on Court's List of Neutrals but was approved by the MAP Director)

SESSION TYPE: __X__ Mediation _____ ADR-O

SESSION DATE AND TIME: December 9, 2025, 9:00 a.m. (the MAP Director approved the extension of the deadline on September 18, 2025)

SESSION LOCATION: Turner, Reid, Duncan, Loomer, & Patton, P.C.

MODE OF SESSION: In person: _____ Virtual: __X__ Hybrid _____

1

LOWTHER JOHNSON
Attorneys at Law, LLC


By: _/s/ N. Austin Fax_
P. Kyle Harmon
Missouri Bar Number 64890
N. Austin Fax
Missouri Bar Number 68060
901 St. Louis Street, 20th Floor
Springfield, MO 65806
Telephone: 417-866-7777
Fax: 417-866-1752
afax@lowtherjohnson.com
kharmon@lowtherjohnson.com
*Attorneys for Defendant*

AND

HUSCH BLACKWELL LLP
By: _/s/ Mitchell J. Perne_
Michael S. Hargens, MO Bar #51077
Mitchell J. Perne, MO Bar #77194
4801 Main Street, Suite 1000
Kansas City, MO 64112
816.983.8000
816.983.8080 (fax)
michael.hargens@huschblackwell.com
mitchell.perne@huschblackwell.com

John Coy Stull
Admitted *pro hac vice*
Carlton Fields, P.A.
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, Florida 33607-5780

Eden Marcu
Admitted *pro hac vice*
Carlton Fields, P.A.
525 Okeechobee Blvd., Ste. 1200
West Palm Beach, Florida 33401-6350

*Counsel for Plaintiff SnowMagic, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was served by electronic notice and/or United States Mail, First Class postage prepaid, to all interested parties, this 18th day of September, 2025.

_/s/ N. _____
Attorney of Record